UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:08CR436 CDP |
| ) | |
| MICHAEL LIVINGSTON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Because of the pending competency proceedings,

**IT IS HEREBY ORDERED** that this case is removed from the April 13, 2009 trial docket and the pretrial conference set for April 3, 2009 is cancelled. Both will be reset as appropriate following the competency determination.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2009.